UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 22-80080-Cr-Cannon/Reinhart

UNITED STATES OF AMERICA,

v.

ACCELOGIC LLC,
AND INTELLECTUAL PROPERTY
SYSTEMS, LLC, A/K/A "INTELLEP"

    Defendant.
_____/

## REPORT AND RECOMMENDATION
## FOLLOWING CHANGE OF PLEA HEARING

THIS CAUSE is before the Court upon Oder of Reference from U.S. District Judge Aileen M. Cannon and the consent of the parties for a U.S. Magistrate Judge to accept a guilty plea by Defendants Accelogic, LLC and Intellectual Property Systems, LLC.  The Court held a change of plea hearing on June 22, 2022, which was attended by Ana Beatriz Hernandez, as Managing Member of both LLC's, her counsel Flynn Bertisch, and Assistant U.S. Attorney A. Marie Villafana.  The Court hereby advises as follows:

The Court advised the Defendant corporations of their right to have the hearing conducted by the presiding U.S. District Judge assigned to the case.  The Court further advised Defendants that a U.S. Magistrate Judge was conducting the change of plea hearing by Order of Reference from the U.S. District Judge and as agreed to by Defendants, Defendants' attorney, and the Assistant United States Attorney assigned to this case.  The Court further advised Defendants that their sentence would be imposed by the presiding U.S.

District Judge, who would make all findings and rulings regarding such sentence and would conduct a sentencing hearing at a time set by the U.S. District Judge.

1. The Court advised Defendants that they did not have to permit the undersigned to conduct this hearing and could require that the change of plea hearing be conducted by the U.S. District Judge. Defendants, their attorney, and the Assistant United States Attorney assigned to the case all agreed on the record and consented to this Court conducting the change of plea hearing.

2. The Court then conducted a plea colloquy in accordance with the outline set forth in the Bench Book for U.S. District Judges and in conformity with the requirements of Federal Rule of Criminal Procedure 11.

3. Written plea agreements have been entered into by the parties in this case. This Court reviewed the plea agreements and had the Defendants acknowledge that an authorized corporate representative had signed the plea agreements. This Court also made certain that Defendants were aware of any maximum sentences which could be imposed in this case pursuant to the plea agreement, sentencing guidelines, and applicable statutes.

4. Defendants acknowledged that they were fully satisfied with the services of their attorneys and that they had a full opportunity to discuss all facets of the case with the attorney.

5. Defendants pled guilty to the Information, which charges each Defendant with wire fraud conspiracy, in violation of Title 18, United States Code, Sections 1343 and 1349.

6. The Court reviewed the appeal waiver with the Defendants and found that the Defendants knowingly, voluntarily, and intelligently entered a waiver of appellate rights. The

Court also found that the Defendants knowingly, voluntarily, and intelligently waived any 8th Amendment claim and that the forfeiture of assets would be an excessive fine.

7. The parties submitted a Stipulated Factual Proffer Supporting the Guilty Plea, made part of the record and signed by Defendant's authorized representative, their counsel, and the Government. This factual proffer includes all of the essential elements of the offense to which Defendants pled guilty. The Government orally summarized the factual basis for the plea on the record, including the essential elements of each offense. Defendants' representative acknowledged that she signed the factual proffer and that all the statements contained therein are true.

8. Defendants have been referred to the U.S. Probation Office for the preparation of a pre-sentence investigation report. The sentencing hearing will be conducted at a time scheduled by the U.S. District Judge.

Accordingly, based upon the foregoing and the plea colloquy conducted by this Court, the undersigned

RECOMMENDS that Defendants, ACCELOGIC LLC and INTELLECTUAL PROPERTY SYSTEMS, LLC (1) be found to have freely, knowingly, and voluntarily entered guilty pleas to the Information, (2) that the guilty pleas be accepted, (3) that they be adjudicated guilty of the offense, and (4) that a sentencing hearing as scheduled by the U.S. District Judge be conducted for a final disposition of this matter.

## NOTICE OF RIGHT TO OBJECT

A party shall serve and file written objections, if any, to this Report and Recommendation with the Honorable Aileen M. Cannon, United States District Judge for the Southern District of Florida, within **FOURTEEN (14) DAYS** of being served with a copy of

this Report and Recommendation. Failure to timely file objections shall constitute a waiver of a party's "right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions." 11th Cir. R. 3-1 (2016).

**If counsel do not intend to file objections, they shall file a notice advising the District Court within FIVE DAYS of this Report and Recommendation.**

DONE AND RECOMMENDED in Chambers at West Palm Beach in the Southern District of Florida, this 22nd day of June.

BRUCE E. REINHART
U.S. MAGISTRATE JUDGE