**UNITED STATE DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

**CASE NO. 22-80080-CR-CANNON**

**UNITED STATES OF AMERICA**,

    Plaintiff,
v.

**ACCELOGIC LLC**,
**INTELLECTUAL PROPERTY SYSTEMS, LLC,**
 a/k/a "Intellep"

    Defendants.
_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION**

**THIS CAUSE** comes before the Court upon the Report and Recommendation entered by Magistrate Judge Bruce Reinhart Following Change of Plea Hearing [ECF No. 17]. On June 22, 2022, Magistrate Judge Reinhart held a Change of Plea hearing [ECF No. 14] during which Defendants pled guilty to the Information. Magistrate Judge Reinhart thereafter issued a Report recommending that the Court accept Defendants' guilty plea to the Information, that the Court find Defendants to have freely and voluntarily entered their guilty plea, and that the Court adjudicate them guilty of the Information [ECF No. 17]. No party has filed objections to the Report, and the time to do so has expired.

The Court has conducted a review of the record and finds no error in the Report. Therefore, it is **ORDERED AND ADJUDGED** as follows:

1. The Report and Recommendation [ECF No. 17] is **AFFIRMED AND ADOPTED**.

2. The guilty pleas entered into by Defendants Accelogic LLC and Intellectual Property Systems LLC, a/k/a "Intellep" as to the Information are **ACCEPTED**.

CASE NO. 22-80080-CR-CANNON

3. Defendants Accelogic LLC and Intellectual Property Systems LLC, a/k/a "Intellep" are adjudicated guilty of the Information, which charges them with conspiracy to commit wire fraud, in violation of 18 U.S.C. §§ 1343 and 1349 [ECF No. 1].

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 18th day of July 2022.

_____
**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record